UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NORTHWOOD, INC.
a Michigan corporation,

      Plaintiff,

v.

CLINICAL WOUND SOLUTIONS, LLC,
An Illinois limited liability company,

      Defendant.

Case No.

Hon.

---

## APPEARANCE

TO THE CLERK OF THE ABOVE COURT and all other interested parties: PLEASE ENTER the Appearance of the undersigned as attorney for Plaintiff. Any and all paperwork filed in this case should be sent to the above address.

Respectfully submitted,

By: /s/ Brandon K. Fasse

FASSE LAW, PLLC
Brandon K. Fasse (P80370)
25790 Commerce Drive, Suite 100
Madison Heights, MI 48071
(586) 354-7243
brandon@fasselaw.com

Dated: December 23, 2020.

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, I electronically filed the foregoing **PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** and **BRIEF IN SUPPORT OF MOTION** with the Clerk of the Court using the ECF system which will send notification to all counsel of appearance.

Additionally, I certify that a copy of the foregoing documents was submitted First Class mail to the following:

Clinical Wound Solutions, LLC

1084 Industrial Dr, Bensenville, IL 60106


/s/ _____