**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**
_____

NORTHWOOD, INC.,

    Plaintiff,

v.                                                    Case No. 20-13356

CLINICAL WOUND SOLUTIONS, LLC,

    Defendant.

_____/

**ORDER DIRECTING PLAINTIFF TO SUBMIT STIPULATION AND SETTING
TELEPHONIC CONTINUANCE**

Plaintiff Northwood, Inc., brings this action for breach of contract against Defendant Clinic Wound Solutions, LLC. (ECF No. 1.) Plaintiff alleges that it is a third-party administrator of health insurance policies and Defendant, a medical supplies provider, breached a contract with Plaintiff by billing patients directly. (*Id.*, PageID.5-6.)

The same day Plaintiff filed its complaint, on December 23, 2020, Plaintiff filed a motion for a temporary restraining order and preliminary injunction. (ECF No. 2.) On December 30, 2020, the court denied Plaintiff's request for a temporary restraining order, directed Plaintiff to complete service by January 11, 2021, and set a telephonic scheduling conference. (ECF No. 5, PageID.120.) The court did not resolve Plaintiff's request for a preliminary injunction.

Plaintiff filed a certificate of service on January 13, 2021. (ECF No. 7.) The certificate states Plaintiff served a "manager" of Defendant's company on January 8, 2021. (*Id.*, PageID.123.)

On January 29, 2021, the court held a telephonic scheduling conference. Defendant indicated that it intended to file a motion to quash, asserting Plaintiff did not complete proper service. After discussions with the court, the parties agreed to a short-term schedule. The court will suspend taking action in this case for fourteen days with the expectation that the parties will stipulate to Defendant's receipt of service. This will moot Defendant's motion to quash. The parties also agreed to engage in good faith discussions in the next fourteen days to establish an agreed upon schedule in this case.

The court will set a telephonic continuance for February 12, 2021. At that time, the parties will describe the results of their discussions and their proposed path forward. If no agreement is made, the court will consider setting a schedule for the parties. Accordingly,

IT IS ORDERED that Plaintiff is DIRECTED to email the court's case manager, at Lisa_Wagner@mied.uscourts.gov, copying opposing counsel, a stipulation of Defendant's receipt of service by **February 10, 2021**.

IT IS ORDERED that a telephonic continuance of the court's January 29, 2021, conference is set for **February 12, 2021 10:00 am**

                                                s/Robert H. Cleland                              /
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated:  February 4, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 4, 2021, by electronic and/or ordinary mail.

                                                s/Lisa Wagner                                   /
                                                Case Manager and Deputy Clerk
                                                (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-
13356.NORTHWOOD.OrdertoSubmitStipulationandSettingTelephonicContinuance.RMK.docx

2