**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

NORTHWOOD, INC.,

    Plaintiff,

v.                                                            Case No. 20-13356

CLINICAL WOUND SOLUTIONS, LLC,

    Defendant.
_____/

## ORDER SETTING BRIEFING SCHEDULE

Plaintiff Northwood, Inc., brings this action for breach of contract against Defendant Clinic Wound Solutions, LLC. (ECF No. 1.) Plaintiff alleges that it is a third-party administrator of health insurance policies and that Defendant, a medical supplies provider, breached a contract with Plaintiff by billing patients directly. (*Id.*, PageID.5-6.)

The same day Plaintiff filed its complaint, on December 23, 2020, Plaintiff filed a motion for a temporary restraining order and preliminary injunction. (ECF No. 2.) On December 30, 2020, the court denied Plaintiff's request for a temporary restraining order, directed Plaintiff to complete service by January 11, 2021, and set a telephonic scheduling conference. (ECF No. 5, PageID.120.) The court did not resolve Plaintiff's request for a preliminary injunction.

On February 12, 2021, the court held a telephonic status conference. Following the discussion with the parties, the court will set a briefing schedule for Plaintiff's motion for preliminary injunction. (ECF No. 2.) Defendant indicated that it may file a motion to dismiss in lieu of responding to Plaintiff's motion. Accordingly,

IT IS ORDERED that Defendant shall respond to Plaintiff's Motion for Preliminary Injunction (ECF No. 2) by **March 5, 2021**. Defendant may file a motion to dismiss in lieu of filing a response.

IT IS FURTHER ORDERED that Plaintiff shall file a reply to Defendant's response by **March 12, 2021**. If Defendant moves to dismiss, standard briefing deadlines shall apply. *See* E.D. Mich. LR 7.1(e).

                                s/Robert H. Cleland          /
                                ROBERT H. CLELAND
                                UNITED STATES DISTRICT JUDGE

Dated:  February 26, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 26, 2021, by electronic and/or ordinary mail.

                                s/Lisa Wagner                /
                                Case Manager and Deputy Clerk
                                (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-13356.NORTHWOOD.OrderSettingBriefingSchedule.RMK.docx