UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORTHWOOD, INC

        Plaintiff,                      CASE NUMBER: 20-13356

v.                                           HON. ROBERT H. CLELAND

CLINICAL WOUND SOLUTIONS, LLC,

        Defendant.
_____/

### ORDER OF DISMISSAL FOR LACK OF PROGRESS

The court issued an order for Plaintiff Northwood, Inc to show cause why the case should not be dismissed for failure to prosecute as to Defendant Clinical Wound Solutions, LLC on August 27, 2021. No response has been filed. Therefore,

**IT IS HEREBY ORDERED** that the above-entitled matter be **DISMISSED** for lack of progress as provided in Local Court Rule 41.2 for the Eastern District of Michigan and F.R. Civ. P.23(e) as to Defendant Clinical Wound Solutions, Inc.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: September 8, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 8, 2021, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (810) 292-6522